UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BARTLETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL PENZONE,<br><br>　　　　Defendants. | No. 2:18-cv-3052 CKD P<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se and detained in Arizona, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On April 2, 2019, plaintiff was directed to submit an application to proceed in forma pauperis on the form used by this district. Plaintiff has now filed a request for leave to proceed in forma pauperis, but he has not filed the form used by this district or submitted a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint and obtained the certification required on the application form. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided one more opportunity to submit the completed application and the certified copy of his trust account statement in support thereof.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's application to proceed in forma pauperis (ECF No. 6) is dismissed without prejudice;

/////

1

2. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis on the form used by this district with a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and the certification required on the application form. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: May 10, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/1kly
bart3052.3e