UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN M. BARTLETT,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL PENZONE,<br><br>    Respondent. | No. 2:18-cv-3052 KJM CKD P<br><br><br>ORDER |

        Petitioner, a prisoner in the state of Arizona proceeding pro se, filed this action on a form petition for a writ of habeas corpus. ECF No. 1. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 25, 2019, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.

        Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis. For the reasons explained in the findings and recommendations, this action will be summarily dismissed.

By this action, petitioner seeks to challenge an administrative decision of the State Bar of California. Petitioner is informed that federal habeas corpus relief is not available to challenge such a decision. Moreover, the allegations of the petition suggest that circumstances giving rise to the subject matter of this action arose during petitioner's criminal trial in federal court in Alaska in Case No. 3:13-cr-00044 RRB. *See* ECF No. 1 at 4. Review of the docket in that action demonstrates that petitioner's motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255 has been denied and that the United States Court of Appeals for the Ninth Circuit has denied petitioner's request for a certificate of appealability from the denial of his § 2255 motion. *See United States. v. Bartlett*, Case No. 13:13-cr-00044 RRB, ECF Nos. 553, 557.[1] There is nothing in the record that gives rise to any reasonable inference that petitioner could properly bring a collateral challenge to the conviction cited in the petition in this action. Accordingly, leave to amend is properly denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 25, 2019, are adopted in full;

2. Petitioner's petition for writ of habeas corpus is summarily dismissed;

3. This case is closed; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: November 5, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court may take judicial notice of court records in other proceedings. *See, e.g.*, *Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002).

2